UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-23559-RAR

HOWARD MICHAEL CAPLAN,

    Plaintiff,

v.

TOPS R US LLC, a Florida Limited Liability Company, and CARMELA RAFFA, as Trustee of the Marital Trust Created under the Steve Raffa Amended and Restated Revocable Trust Agreement,

    Defendants.
_____/

## ORDER DISMISSING ACTION WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice. The Court has carefully considered the Joint Stipulation for Dismissal with Prejudice and is otherwise fully advised in this matter, and it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. Any pending motions are **DENIED AS MOOT** and the Clerk is directed to **CLOSE** this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of _____, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of record